Mark Brnovich
Attorney General

Neil Singh, No. 021327
Assistant Attorney General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1610
Fax:  (602) 542-7670
E-mail: neil.singh@azag.gov
*Attorneys for Defendant State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marion Saba, et al., | No:  CV 17-00775-PHX-DJH (ESW) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

The State of Arizona, a defendant in this action, informs the Court that all claims in this action have been settled out of court.  The State represents that this settlement is effective as to all plaintiffs and all defendants, and that the parties do not need any pending motions to be ruled on.  The parties will file a joint stipulation to dismiss shortly.

Respectfully submitted this 23rd day of October, 2018.

              MARK BRNOVICH
              Attorney General

              s/ Neil Singh
              Neil Singh
              Assistant Attorney General
              *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

I further certify that on the same date, the attached document and Notice of Electronic Filing were automatically sent to the following, who are registered participants of the CM/ECF System:

Scott H. Zwillinger, Esq.
GOLDMAN & ZWILLINGER PLLC
17851 N. 85th Street, Suite 175
Scottsdale, AZ  85255
*Attorneys for Plaintiffs*

Scot L. Claus, Esq.
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ  85004
*Attorneys for Defendant Fresquez*

Tom Shorall Jr, Esq.
Scott M. Zerlaut
SHORALL MCGOLDRICK BRINKMANN
1232 E. Missouri Ave
Phoenix, AZ  85014-2912
*Attorneys for Defendant Eaton*

David M. Bell, Esq.
CHRISTIAN, DICHTER & SLUGA, P.C.
2198 E. Camelback Road, Suite 320
Phoenix, AZ  85016
*Attorneys for Defendant Hill*

Michael Warzynski, Esq.
JARDINE BAKER HICKMAN & HOUSTON PLLC
3300 N. Central Ave, Ste 2600
Phoenix, AZ  85012
*Attorneys for Defendant Garside*

s/ L. Gallagher
#7400467