Mark Brnovich
Attorney General

Neil Singh, No. 021327
Assistant Attorney General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1610
Fax: (602) 542-7670
E-mail: neil.singh@azag.gov
*Attorneys for Defendant State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marion Saba, et al., | No: CV 17-00775-PHX-DJH (ESW) |
| Plaintiff, | **JOINT STIPULATION TO DISMISS** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

Plaintiffs and Defendants jointly stipulate for the full dismissal of this action, with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 24th day of October, 2018.

        MARK BRNOVICH
        Attorney General

        s/ Neil Singh
        Neil Singh
        Assistant Attorney General
        *Attorneys for Defendants*

        s/ Neil Singh, for
        Scott H. Zwillinger, Esq.
        *Attorney for Plaintiffs*

|     |     |
| --- | --- |
| 1   | s/ Neil Singh, for |
|     | Scot L. Claus, Esq. |
| 2   | *Attorney for Defendant Fresquez* |
| 3   |     |
|     | s/ Neil Singh, for |
| 4   | Scott M. Zerlaut, Esq. |
|     | *Attorney for Defendant Eaton* |
| 5   |     |
| 6   | s/ Neil Singh, for |
|     | David M. Bell, Esq. |
| 7   | *Attorney for Defendant Hill* |
| 8   |     |
|     | s/ Neil Singh, for |
| 9   | Michael Warzynski, Esq. |
|     | *Attorney for Defendant Garside* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

I further certify that on the same date, the attached document and Notice of Electronic Filing were automatically sent to the following, who are registered participants of the CM/ECF System:

Scott H. Zwillinger, Esq.
GOLDMAN & ZWILLINGER PLLC
17851 N. 85th Street, Suite 175
Scottsdale, AZ 85255
*Attorneys for Plaintiffs*

Scot L. Claus, Esq.
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
*Attorneys for Defendant Fresquez*

Tom Shorall Jr, Esq.
Scott M. Zerlaut
SHORALL MCGOLDRICK BRINKMANN
1232 E. Missouri Ave
Phoenix, AZ 85014-2912
*Attorneys for Defendant Eaton*

David M. Bell, Esq.
CHRISTIAN, DICHTER & SLUGA, P.C.
2198 E. Camelback Road, Suite 320
Phoenix, AZ 85016
*Attorneys for Defendant Hill*

Michael Warzynski, Esq.
JARDINE BAKER HICKMAN & HOUSTON PLLC
3300 N. Central Ave, Ste 2600
Phoenix, AZ 85012
*Attorneys for Defendant Garside*

s/ L. Gallagher
#7400495